# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 4, 2012

143992

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

GERALD PRINCE,
       Defendant-Appellant.

SC: 143992
COA: 305949
Wayne CC: 06-011010-FH

_____/

      On order of the Court, the application for leave to appeal the October 10, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 4, 2012

_____
Clerk

y0328